**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRAM DAVID NORIEGA-GASTELUM,<br>Petitioner,<br>v.<br>DAVID A. MARIN, et al.,<br>Respondents. | **CASE NO.** 5:26-CV-03933-CTS<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |

On July 14, 2026, Petitioner Iram David Noriega-Gastelum ("Petitioner"), represented by counsel, filed a Petition for Writ of Habeas Corpus ("Petition"). (Pet., ECF No. 1.) On August 5, 2026, the Court issued an order enjoining Respondents from continuing to detain Petitioner unless he was provided with an individualized bond hearing before an immigration judge within seven days. (ECF No. 12.) The Court also ordered the parties to file a Joint Status Report within fourteen days discussing the results of any bond hearing held and addressing the question of whether the remaining claims in the Petition had been rendered moot. (*Id.*)

On August 17, 2026, the parties filed their Joint Status Report. (ECF No. 14.) In it, they indicate that Petitioner was provided with an individualized bond

hearing on August 10, 2026, and that bond was denied. (*Id.*) The Joint Status Report goes on to state that "[t]he parties agree that the remainder of the Petition has been rendered moot in light of this determination." (*Id.*)

Accordingly, this case is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a). The Clerk is directed to close the case.

DATED: August 20, 2026

HONORABLE CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE